| | |
|---|---|
| 1 | WILLIAM SLOAN COATS (STATE BAR NO. 94864) |
| 2 | MARK R. WEINSTEIN (STATE BAR NO. 193043) |
|   | CRAIG W. CLARK (STATE BAR NO. 226839) |
| 3 | WHITE & CASE LLP |
|   | 3000 El Camino Real |
| 4 | 5 Palo Alto Square, 9th Floor |
|   | Palo Alto, California 94306 |
| 5 | Telephone:   (650) 213-0300 |
| 6 | Facsimile:    (650) 213-8158 |
| 7 | Attorneys for Plaintiff MESA/BOOGIE, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LTD., a California Limited Partnership, | CASE NO. 06-02140 JW (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |
| v. | |
| U.S. MUSIC CORPORATION, an Illinois Corporation, | |
| Defendant. | |
| U.S. MUSIC CORPORATION, an Illinois Corporation, | |
| Counterclaimant, | |
| v. | |
| MESA/BOOGIE, LTD., a California Limited Partnership, | |
| Counterdefendant. | |

WHEREAS plaintiff Mesa/Boogie, Ltd. ("Plaintiff") filed its Complaint against U.S. Music Corporation ("Defendant") on March 22, 2006 and USM filed its Counterclaim against Mesa on June 2, 2006;

1  WHEREAS Plaintiff and Defendant have reached a settlement of this action and
2 are currently awaiting final signatures for the Settlement Agreement;
3  WHEREAS pursuant to its Order of March 22, 2006, the Court set November 20,
4 2006 as the last day to complete initial disclosures, file Case Management Statement and
5 file/serve Joint Rule 26(f) Report; and set a Case Management Conference for November 27,
6 2006 at 9:00 a.m.;
7  WHEREAS Plaintiff and Defendant have met and conferred and agreed that a
8 continuance of the Case Management Conference will conserve judicial resources and facilitate
9 final settlement and dismissal of this action;
10  NOW, THEREFORE, Plaintiff and Defendant, by and through their respective
11 counsel, hereby stipulate and respectfully request that the Court order as follows:
12  1.  The last day to complete initial disclosures, file Case Management
13 Statement and file/serve Joint Rule 26(f) Report shall be continued to December 20, 2006; and
14  2.  The Case Management Conference currently scheduled for November 27,
15 2006 at 9:00 a.m. shall be continued to ~~December 27, 2006 at 9:00 a.m~~. January 8th, 2007 @ 10:00 AM

**IT IS SO STIPULATED**.

Date: November 17, 2006

WHITE & CASE LLP

By:  /s/ _____
      CRAIG W. CLARK
Attorneys for MESA/BOOGIE, LTD.

Date: November 17, 2006

MACPHERSON KWOK CHEN & HEID LLP

By:  /s/ _____
      JENNIFER M. LANTZ
Attorneys for U.S. MUSIC CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: __November 17____, 2006

_____
The Honorable James Ware
United States District Judge