11/30/2006 15:02 IFAX plem2@whitecase.com → PALO ALTO FAX ☒001/002
11-30-'06 15:00 FROM-MacPherson 408-392-9262 T-359 P001/002 F-385

Case 5:06-cv-02140-JW   Document 20   Filed 12/01/06   Page 1 of 2

1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
2  MARK R. WEINSTEIN (STATE BAR NO. 193043)
   CRAIG W. CLARK (STATE BAR NO. 226839)
3  WHITE & CASE LLP
   3000 El Camino Real
4  5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
5  Telephone:  (650) 213-0300
6  Facsimile:  (650) 213-8158

7  Attorneys for Plaintiff MESA/BOOGIE, LTD.

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                   SAN JOSE DIVISION

12 | MESA/BOOGIE, LTD., a California       )   CASE NO. 06-02140 JW (RS)
13 | Limited Partnership,                  )
                                           )   **STIPULATION FOR DISMISSAL AND**
14 |             Plaintiff,                )   **[PROPOSED] ORDER THEREON**
15 |                                       )
                 v.                        )
16 |                                       )
   | U.S. MUSIC CORPORATION, an Illinois   )
17 | Corporation,                          )
18 |                                       )
                 Defendant.                )
19 |_____     )
                                           )
20 | U.S. MUSIC CORPORATION, an Illinois   )
21 | Corporation,                          )
                 Counterclaimant,          )
22 |                                       )
23               v.                        )
                                           )
24 | MESA/BOOGIE, LTD., a California       )
   | Limited Partnership,                  )
25 |                                       )
                 Counterdefendant.         )
26

27

28

11/30/2006 15:02 IFAX plem2@whitecase.com → PALO ALTO FAX ☒002/002
11-30-'06 15:00 FROM-MacPherson 408-392-9262 T-359 P002/002 F-385
Case 5:06-cv-02140-JW   Document 20   Filed 12/01/06   Page 2 of 2

|   |   |
|---|---|
| 1 | Plaintiff Mesa/Boogie, Ltd. ("Mesa") and defendant U.S. Music Corporation |
| 2 | ("USM"), having entered into a Settlement Agreement resolving the above-captioned dispute, |
| 3 | hereby stipulate and respectfully request that the Court order as follows: |
| 4 | 1. This action shall be dismissed, as to all claims and counterclaims, with |
| 5 | prejudice, with each party bearing its own costs, expenses and attorneys fees. |
| 6 | 2. This Court shall retain jurisdiction to enforce the terms of the parties' |
| 7 | Settlement Agreement. |

**IT IS SO STIPULATED.**

Date: November 30, 2006

WHITE & CASE LLP

By: _____
CRAIG W. CLARK
Attorneys for MESA/BOOGIE, LTD.

Date: November 30, 2006

MACPHERSON KWOK CHEN & HEID LLP

By: _____
JENNIFER M. LANTZ
Attorneys for U.S. MUSIC CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ___December 01___, 2006

_____
The Honorable James Ware
United States District Judge